UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| **SARA TAYLOR, on behalf of herself and others similarly situated** <br><br> *Plaintiff* <br><br> v. <br><br> **BRUCE FINK, D.D.S., P.C.** <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:25-cv-3099 |

## AFFIDAVIT OF SERVICE

I, Akomen Igori, state:

I am a specially appointed or permanent process server authorized to complete this service.

I served the following documents to BRUCE FINK, D.D.S., P.C. in Cherokee County, GA on June 13, 2025 at 11:19 am at 106 Gold Leaf Court, Canton, GA 30114 by leaving the following documents with Bruce Fink who as Owner is authorized by appointment or by law to receive service of process for BRUCE FINK, D.D.S., P.C..

SUMMONS IN A CIVIL ACTION,  COMPLAINT,  COVER SHEET, AND EXHIBITS

White Male, est. age 45-54, glasses: N, Black hair, 160 lbs to 180 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=34.1920179952,-84.5503045216
Photograph: See Exhibit 1


Total Cost: $180.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.


Executed in

____Forsyth County_____,

__GA____ on __6/13/2025_____.

/s/ *Akomen Igori*
_____
Signature
Akomen Igori
+1 (404) 578-1719



Exhibit 1a)



Exhibit 1b)