UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **SARA TAYLOR**, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**BRUCE FINK, D.D.S., P.C.**<br><br>Defendant. | Civil Action No. 1:25-cv-3099 |

MOTION TO DISMISS
CLASS ACTION COMPLAINT

**COMES NOW BRUCE FINK, D.D.S., P.C.,** Defendant herein, by and through counsel, and files this Motion to Dismiss Class Action Complaint pursuant to FRCP 12(b)(6) showing to the Court the following:

STATEMENT OF FACTS

Plaintiff filed a Class Action Complaint against Defendant on June 3, 2025. The Class Action Complaint purports to be based upon 47 U.S.C. § 227 regarding an alleged unsolicited text message and call to Plaintiff's telephone number that is registered on the National Do Not Call Registry. However, as evidenced by Attachment "A", the Affidavit of Michael Curran, a party identified as Missie Gosset

Fink DDS Motion to Dismiss Page 2

with the same telephone number responded to an online Dental Implant Questionnaire and authorized contact by Defendant.

## ARGUMENT AND CITATION OF AUTHORITY

*As Plaintiff Authorized Telephone And Text Contact, Plaintiff's Claims Should Be Dismissed.*

47 U.S. Code § 227 (b)(3) states than an individual has a Private right of action. A person or entity may, if otherwise permitted by the laws or rules of court of a State, bring in an appropriate court of that State —

(A) an action based on a violation of this subsection or the regulations prescribed under this subsection to enjoin such violation,

(B) an action to recover for actual monetary loss from such a violation, or to receive $500 in damages for each such violation, whichever is greater, or

(C) both such actions.

*Mims v. Arrow Fin. Servs., LLC,* 565 U.S. 368 (2012) apparently allows a plaintiff to bring an action in federal court pursuant to 28 U. S. C. §1331.

However, there is no cause of action if, as here, Plaintiff established the business relationship with Defendant or authorized the telephonic contact. See 47 CFR § 64.1200. Per Attachment "A", the Affidavit of Michael Curran, somebody

Fink DDS Motion to Dismiss Page 3

identified as Missie Gossett authorized the contact through an online Dental Implant Questionnaire.

(i) the unsolicited advertisement is from a sender with an established business relationship with the recipient;

(ii) the sender obtained the number of the telephone facsimile machine through—

(I) the voluntary communication of such number, within the context of such established business relationship, from the recipient of the unsolicited advertisement, or

(II) a directory, advertisement, or site on the Internet to which the recipient voluntarily agreed to make available its facsimile number for public distribution.

Thus, Plaintiff's claims should be dismissed.

*Since Plaintiff Has No Claim and There Are No Other Named Class Members, There Is No Basis For A Class Action And Class Action Certification Should Be Denied.*

Plaintiff does not have a valid claim against Defendant. Further, Plaintiff cannot show that Plaintiff is entitled to class action status pursuant to Rule 23 or Rule 23.1 of the local rules. Missie Gossett gave Defendant the phone number Plaintiff claims to own and gave Defendant permission to contact Plaintiff. Neither Defendant nor its marketing company, Apex Dental, engage in unsolicited telephonic contact. Thus, the class is not so numerous that joinder of all members

DEBRANSKI & ASSOCIATES, LLC
321 Creekstone Ridge, Woodstock, GA 30188
Telephone 770-926-1957 Telecopier 770-926-8411 or visit us at www.Debranski.com

is impracticable;

(2) there are no know questions of law or fact common to the class;

(3) the claims or defenses of the representative parties are not typical of the claims or defenses of the class; and

(4) the representative parties will not be able to fairly and adequately protect the interests of the class.

As Plaintiff has no case and cannot adequately represent the class, Plaintiff's Class Action Complaint should be dismissed.

This 1st day of July, 2025

Ronald F. Debranski II
Attorney for Defendant
GA Bar No. 970355

Debranski & Associates, LLC
321 Creekstone Ridge
Woodstock, GA 30188
770-926-1957
ron@debranski.com

## CERTIFICATE OF SERVICE

This is to certify that the foregoing **MOTION TO DISMISS PLAINTIFFS CLASS ACTION COMPLAINT** was prepared and filed electronically using Book Antiqua 13 point type in accordance with Local Rule 5.1 and served on the following through the online portal and via email as follows:

Valerie Chinn
vchinn@chinnlawfirm.com

Anthony Paronich
anthony@paronichlaw.com

This 1st day of July, 2025

Ronald F. Debranski II
Attorney for Defendant
State Bar No. 970355

DEBRANSKI & ASSOCIATES, LLC
321 Creekstone Ridge, Woodstock, GA 30188
Telephone 770-926-1957 Telecopier 770-926-8411 or visit us at www.Debranski.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

SARA TAYLOR, on behalf of
herself and others similarly situated,

Plaintiffs,

v.

Civil Action No. 1:25-cv-3099

BRUCE FINK, D.D.S., P.C.

Defendant.

ATTACHMENT A

## AFFIDAVIT OF MICHAEL CURRAN

1.

My name is Michael Curran. I am over the age of Eighteen (18) years and legally competent to contract.

2.

I am a member of Apex Dental Solutions, LLC, ("hereinafter, "Apex Dental"), engaged in the business of advertising focusing on dental offices.

3.

Bruce Fink, D.D.S., P.C. hired Apex Dental to provide advertising services for dental implant services.

4.

Typically, a potential patient would see our ads on the internet, click on them, and submit responses to a Dental Implant Questionnaire, (hereinafter, "DIQ").

Michael Curran Affidavit Page 2

5.

When submitting the DIQ, the potential patient authorizes communication from Apex Dental to contact that potential patient by phone, email, or text.

6.

As shown on Attachment "A", Apex Dental received an inquiry form a potential patient identified as Missie Gossett giving Plaintiff Sara Taylor's telephone number. (Apex Dental is redacting the telephone number from Attachment "A" and this affidavit to protect Plaintiff's privacy.)

7.

Upon receiving the DIQ, Apex Dental responded with a message encouraging Missie Gossett to contact Bruce Fink, DDS and his Advance Dental Implant Center.

Further Affiant sayeth naught

This 30th day of June, 2025.

Michael Curran
Apex Dental Solutions, LLC

Sworn to and subscribed before me this 30 day of June, 2025

Notary Public

SANDRA L. MARIACHER
Notary Public, State of New York
Qualified in Erie County
Reg. No. 01MA5058489
My Commission Expires 4/8/2026



ATTACHMENT A¹

