## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**SARA TAYLOR**, on behalf of
herself and others similarly situated,

    Plaintiffs,

v.                                                                 Civil Action No. 1:25-cv-3099

**BRUCE FINK, D.D.S., P.C.**

    Defendant.

## ANSWER TO
## CLASS ACTION COMPLAINT

**COMES NOW BRUCE FINK, D.D.S., P.C.**, Defendant herein, by and through counsel, and files this Answer to Class Action Complaint pursuant to showing to the Court the following:

1.

Defendant is without sufficient information to Admit or Deny the allegations in Paragraph 1.

2.

Defendant is without sufficient information to Admit or Deny the allegations in Paragraph 2.

3.

Defendant is without sufficient information to Admit or Deny the allegations

in Paragraph 3.

4.

Defendant is without sufficient information to Admit or Deny the allegations in Paragraph 4.

5.

Defendant is without sufficient information to Admit or Deny the allegations in Paragraph 5.

6.

Defendant Admits allegations in Paragraph 6.

7.

Defendant Denies the allegations in Paragraph 7.

8.

Defendant Denies the allegations in Paragraph 8.

9.

Defendant Denies the allegations in Paragraph 9.

10.

Defendant is without sufficient information to Admit or Deny the allegations in Paragraph 10.

11.

Defendant is without sufficient information to Admit or Deny the allegations

in Paragraph 11.

12.

Defendant is without sufficient information to Admit or Deny the allegations in Paragraph 12.

13.

Defendant is without sufficient information to Admit or Deny the allegations in Paragraph 13.

14.

Defendant is without sufficient information to Admit or Deny the allegations in Paragraph 15.

16.

Defendant is without sufficient information to Admit or Deny the allegations in Paragraph 16.

17.

Defendant is without sufficient information to Admit or Deny the allegations in Paragraph 17.

18.

Defendant is without sufficient information to Admit or Deny the allegations in Paragraph 18.

19.

Defendant is without sufficient information to Admit or Deny the allegations in Paragraph 19.

20.

Defendant is without sufficient information to Admit or Deny the allegations in Paragraph 20.

21.

Defendant is without sufficient information to Admit or Deny the allegations in Paragraph 21.

22.

Defendant is without sufficient information to Admit or Deny the allegations in Paragraph 22.

23.

Defendant is without sufficient information to Admit or Deny the allegations in Paragraph 23.

24.

Defendant is without sufficient information to Admit or Deny the allegations in Paragraph 24.

25.

Defendant Denies the allegations in Paragraph 25.

26.

Defendant Denies the allegations in Paragraph 26.

27.

Defendant Denies the allegations in Paragraph 27.

28.

Defendant Admits that a business hired to market business did advertising for Defendant. Defendant Denies any further allegations in Paragraph 28.

29.

Defendant Denies the allegations in Paragraph 29.

30.

Defendant is without sufficient information to Admit or Deny the allegations in Paragraph 30.

31.

Defendant is without sufficient information to Admit or Deny the allegations in Paragraph 31.

32.

Defendant is without sufficient information to Admit or Deny the allegations in Paragraph 32.

33.

Defendant is without sufficient information to Admit or Deny the allegations in Paragraph 33.

34.

Defendant is without sufficient information to Admit or Deny the allegations in Paragraph 34.

35.

Defendant Denies the allegations in Paragraph 35.

36.

Defendant Denies the allegations in Paragraph 36.

37.

Defendant is without sufficient information to Admit or Deny the allegations in Paragraph 37.

38.

Defendant is without sufficient information to Admit or Deny the allegations in Paragraph 38.

39.

Defendant is without sufficient information to Admit or Deny the allegations in Paragraph 39.

40.

Defendant is without sufficient information to Admit or Deny the allegations in Paragraph 40.

41.

Defendant Denies the allegations in Paragraph 41.

42.

Defendant Denies the allegations in Paragraph 42.

43.

Defendant Denies the allegations in Paragraph 43.

44.

Defendant Denies the allegations in Paragraph 44.

45.

Defendant Denies the allegations in Paragraph 45.

46.

Defendant Denies the allegations in Paragraph 46.

47.

Defendant is without sufficient information to Admit or Deny the allegations in Paragraph 47.

48.

Paragraph 48. requires neither Admission nor Denial.

49.

Defendant Denies the allegations in Paragraph 49.

50.

Defendant Denies the allegations in Paragraph 50.

51.

Defendant Denies the allegations in Paragraph 51.

52.

Defendant Denies the allegations in Paragraph 52.

Defendant Denies the relief requested is appropriate.

This 6th day of March, 2026

Ronald F. Debranski II
Attorney for Defendant
For the Firm
GA Bar No. 970355

Debranski & Associates, LLC
321 Creekstone Ridge
Woodstock, GA 30188
770-926-1957
ron@debranski.com

## CERTIFICATE OF SERVICE

This is to certify that the foregoing **ANSWER TO PLAINTIFFS CLASS ACTION COMPLAINT** was prepared and filed electronically using Book Antiqua 13 point type in accordance with Local Rule 5.1 and served on the following through the online portal and via email as follows:

Valerie Chinn
vchinn@chinnlawfirm.com

Anthony Paronich
anthony@paronichlaw.com

This 6TH day of March, 2026

Ronald F. Debranski II
Attorney for Defendant
State Bar No. 970355