UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **SARA TAYLOR**, on behalf of herself and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **BRUCE FINK, D.D.S., P.C.** <br><br> Defendant. | Civil Action No. 1:25-cv-3099 |

**DEFENDANT'S REVISED MOTION TO EXTEND TIME TO FILE ANSWER**

**COMES NOW BRUCE FINK, D.D.S., P.C.**, Defendant herein, by and through counsel, and files this Defendant's Revised Motion to Extend Time to File Answer as follows:

Plaintiff filed its Complaint on June 4, 2025. Defendant filed a Motion to Dismiss. The Court filed its Opinion & Order denying Defendant's Motion on February 3, 2026. Defendant had fourteen days to file an answer. However, the time limit conflicted with multiple court appearances in February. Defendant did file an answer on March 6, 2026.

After conferring with opposing counsel, Plaintiff consents to the extension requested.

Defendant humbly requests that this honorable Court extend the time for Defendant to file its answer through March 6, 2026 so that Defendant's answer is

Motion to Extend Time Page 2

considered timely.

Wherefore, as it is in the Court's discretion, Plaintiff requests that this Court extend the time to answer Plaintiff's Complaint to and through March 6, 2026.

This 9th day of March, 2026.

>*/Ronald F. Debranski II/*
>Ronald F. Debranski II
>Attorney for Defendant
>Ga. Bar No. 970355

Debranski & Associates, LLC
321 Creekstone Ridge
Woodstock, GA 30188
770-926-1957
ron@debranski.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **SARA TAYLOR**, on behalf of herself and others similarly situated,<br><br>　　Plaintiffs,<br><br>v.<br><br>**BRUCE FINK, D.D.S., P.C.**<br><br>　　Defendant. | Civil Action No. 1:25-cv-3099 |

## CERTIFICATE OF SERVICE

　　This is to certify that the foregoing **REVISED MOTION TO EXTEND TIME TO ANSWER TO PLAINTIFFS CLASS ACTION COMPLAINT** was prepared and filed electronically using Book Antiqua 13 point type in accordance with Local Rule 5.1 and served on the following through the online portal and via email as follows:

Vchinn@chinnlawfirm.com
anthony@paronichlaw.com

　　This March 9, 2026

　　　　　　　　　　　　　　　　　　　　　　　　/Ronald F. Debranski II/
　　　　　　　　　　　　　　　　　　　　　　　　Ronald F. Debranski II
　　　　　　　　　　　　　　　　　　　　　　　　Ga. Bar Number 970355
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

Debranski & Associates, LLC
321 Creekstone Ridge
Woodstock, GA 30188
770-926-1957

This 9th day of March, 2026

*/Ronald F. Debranski II/*
Ronald F. Debranski II
Ga. Bar Number 970355
Attorney for Defendant

Debranski & Associates, LLC
321 Creekstone Ridge
Woodstock, GA 30188
770-926-1957
ron@debranski.com