# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| SARA TAYLOR, on behalf of herself and others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> BRUCE FINK, D.D.S., P.C. <br><br> *Defendant*. | Case No.: 1:25-cv-03099-TWT |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties file this Stipulation of Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees.

RESPECTFULLY SUBMITTED AND DATED this 22nd day of June, 2026.

/s/ *Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com

/s/ *Ronald F. Debranski II*
Ronald F. Debranski II
Attorney for Defendant
Debranski & Associates, LLC
321 Creekstone Ridge
Woodstock, GA  30188
770-926-1957
ron@debranski.com